# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WHITE, JR.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ZUNIGA, et al.,<br><br>　　　　　Defendants. | 1:13cv00203 DAD DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION, OR STATEMENT OF NON-OPPOSITION, TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY (30) DAYS |

Plaintiff Andre White, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. The action is proceeding on Plaintiff's Second Amended Complaint against (1) Defendants Zuniga, Gonzales, Escobar, and Gallardo for violation of the Eighth Amendment, and violation of the Equal Protection Clause of the Fourteenth Amendment; and (2) against Defendants Zuniga and Gonzales for retaliation in violation of the First Amendment.

Defendants filed a motion for summary judgment on January 19, 2016.

Plaintiff has not opposed the motion for filed a statement of non-opposition.[1]

---

[1] The motion included the required notice pursuant to Rand v. Rowland, 154 F.3d 952, 962-63 (9th Cir. 1998).

1

Accordingly, Plaintiff is ORDERED to either file an opposition, or statement of non-opposition, to Defendants' motion within thirty (30) days of the date of service of this order. <u>Failure to do so will result in a decision on the motion without Plaintiff's input</u>.

IT IS SO ORDERED.

Dated:   **March 18, 2016**              /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE